IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTI M VERBY,<br><br>    Plaintiff,<br><br> vs.<br><br>PAYPAL, INC., a Global Corporation Registered To Do Business in Nebraska; HEATHER JOHNSON, a resident of Nebraska, individually; JODY WILLEY, a resident of Nebraska, individually; and JUSTIN SEBECK, a resident of Nebraska, individually;<br><br>    Defendants. | **8:13CV51**<br><br>**MEMORANDUM AND ORDER** |

  IT IS ORDERED that the plaintiff's motion to continue, (Filing No. 27), is granted in part, and the final progression order is amended as follows:

  1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is extended to November 22, 2013.

  2) The deposition deadline is extended to November 22, 2013.

  3) All other deadlines, including the expert witness deadlines, within the court's progression order, (Filing No. 15), remain in effect.

October 14, 2013.

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge