IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTI M VERBY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PAYPAL, INC., a Global Corporation Registered To Do Business in Nebraska; HEATHER JOHNSON, a resident of Nebraska, individually; JODY WILLEY, a resident of Nebraska, individually; and JUSTIN SEBECK, a resident of Nebraska, individually;<br><br>　　　　　　Defendants. | 8:13CV51<br><br>ORDER |

　　　The defendants' pending summary judgment motion, (Filing No. 45), will not be decided prior to the currently scheduled pretrial conference and trial. In the interest of promoting the just and efficient disposition of this case, on the court's own motion,

　　　IT IS ORDERED:

1)　　The pretrial conference and trial are continued pending a ruling on the defendants' motion for summary judgment.

2)　　If summary judgment is not granted in favor of the defendants, within ten (10) days after the summary judgment ruling is entered, the parties shall contact my chambers and set a conference to reschedule the pretrial conference and trial.

March 17, 2014.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge